B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Michelle Denise Angell**  
               Debtor(s)

Case No. _____  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** <br> Chase Manhattan Mortga | **Describe Property Securing Debt:** <br> Location: 6352 Tuttle Hill, Ypsilanti MI-value from SEV |
|---|---|

Property will be (check one):  
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):  
 ☐ Redeem the property  
 ■ Reaffirm the debt  
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
 ☐ Claimed as Exempt      ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** <br> Ford Cred | **Describe Property Securing Debt:** <br> 2007 Ford Escape, 36,000 miles, good condition, value based on kbb.com |
|---|---|

Property will be (check one):  
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):  
 ☐ Redeem the property  
 ■ Reaffirm the debt  
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
 ☐ Claimed as Exempt      ■ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

**Property No. 1**

| **Lessor's Name:** <br> -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES    ☐ NO |
|---|---|---|

---

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

09-67747-swr   Doc 6   Filed 09/04/09   Entered 09/04/09 15:38:21   Page 1 of 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **September 4, 2009** Signature **/s/ Michelle Denise Angell**
**Michelle Denise Angell**
Debtor

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy