# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| | |
|---|---|
| **Case No.:** | 09-67747-SR |
| **Case Name:** | ANGELL, MICHELLE DENISE |
| **For the Period Ending:** | 10/27/2009 |

| | |
|---|---|
| **Trustee Name:** | Douglas S. Ellmann |
| **Date Filed (f) or Converted (c):** | 09/04/2009 (f) |
| **§341(a) Meeting Date:** | 10/21/2009 |
| **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Location: 6352 Tuttle Hill, Ypsilanti MI-value from SEV | $150,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Cash on hand | $25.00 | $0.00 | DA | $0.00 | FA |
| 3  TCF 2883107118 | $1,200.00 | $0.00 | DA | $0.00 | FA |
| 4  Bedroom set, dresser, night stands | $250.00 | $0.00 | DA | $0.00 | FA |
| 5  Living room furniture - couch, love seat, recliner | $300.00 | $0.00 | DA | $0.00 | FA |
| 6  Dining room table and chairs | $100.00 | $0.00 | DA | $0.00 | FA |
| 7  Treadmill | $50.00 | $0.00 | DA | $0.00 | FA |
| 8  3 TV's | $150.00 | $0.00 | DA | $0.00 | FA |
| 9  Refrigerator | $100.00 | $0.00 | DA | $0.00 | FA |
| 10  Lawn mower, misc. tools | $75.00 | $0.00 | DA | $0.00 | FA |
| 11  Miscellaneous clothes | $250.00 | $0.00 | DA | $0.00 | FA |
| 12  Golf clubs | $50.00 | $0.00 | DA | $0.00 | FA |
| 13  401k | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 14  2007 Ford Escape, 36,000 miles, good condition, value based on kbb.com | $16,755.00 | $0.00 | DA | $0.00 | FA |
| 15  Computer | $300.00 | $0.00 | DA | $0.00 | FA |
| 16  Three dogs and one cat | Unknown | $0.00 | DA | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                              **Gross Value of Remaining Assets**

| | | | |
|---|---|---|---|
| $172,605.00 | $0.00 | $0.00 | $0.00 |

**Major Activities affecting case closing:**
Review Exemptions.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/04/2012 | /s/ DOUGLAS S. ELLMANN |
| **Current Projected Date Of Final Report (TFR):** | 09/04/2012 | DOUGLAS S. ELLMANN |