UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:                                    Case No. 09-67747-SWR
                                          Honorable Steven W. Rhodes
Michelle Denise Angell,                   Chapter 7

        Debtor(s).

6352 Tuttle Hill
Ypsilanti MI 48197
XXX-XX-1395
_____/

## STIPULATION OF U.S. TRUSTEE AND CREDITOR FORD MOTOR CREDIT COMPANY LLC, TO RESTRICT PUBLIC ACCESS TO PROOF OF CLAIM

The United States Trustee and Creditor, Ford Motor Credit Company LLC, by and through counsel, Kilpatrick & Associates, P.C., stipulate to the entry of an Order to restrict from public access pursuant to 11 U.S.C. § 105, 107(c) and/or Fed. R. Bankr. P. 9037 to one or more Proofs of Claim filed by Creditor in this case, which Proof(s) of Claim contained improper personal identification information/personal data identifiers. A copy of the proposed order is attached.

| | |
|---|---|
| **DANIEL M. McDERMOTT**<br>**U.S. TRUSTEE, Region 9** | **KILPATRICK & ASSOCIATES, P.C.** |
| /s/Richard A. Roble<br>RICHARD A. ROBLE, ESQ. (P51429)<br>Office of the U.S. Trustee<br>211 West Fort St - Suite 700<br>Detroit, Michigan 48226<br>(313) 226-7999<br>Richard.A.Roble@usdoj.gov | /s/<br>MICHAEL P. HOGAN, ESQ. (P63074)<br>CRAIG B. RULE, ESQ. (P67005)<br>MONICA N. HUNT, ESQ. (P68838)<br>JEFFERY R. SIEVING, ESQ. (P71625)<br>SUZY M. SIDOTE, ESQ. (P71810)<br>SCOTT C. KEMPKENS, ESQ. (P72014)<br>Attorneys for Creditor, Ford Motor Credit Company LLC<br>903 North Opdyke Road, Suite C<br>Auburn Hills, MI 48326<br>(248) 377-0700<br>ecf@kaalaw.com |

Date: 11/25/09