**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF MICHIGAN**

**IN RE:**

Michelle Angell

No. 09-67747

Honorable Judge Stephen W. Rhodes

Debtor

Chapter 7

_____/

## MOTION TO EXTEND TIME TO FILE REAFFIRMATION AGREEMENT AND TO DEFER DISCHARGE

Debtor Michelle Angell, by counsel, moves the Court for a 30 day extension of time for filing reaffirmation agreements. In support of her Motion, Debtor states as follows:

1. Fed. R. Bankr. P. 4008(a) provides, "A reaffirmation agreement shall be filed no later than 60 days after the first date set for the meeting of creditors under 341(a) of the Code. The court may, at any time and in its discretion, enlarge the time to file a reaffirmation agreement.:
2. The current deadline in this case is Monday, December 21, 2009.
3. Debtor wishes to reaffirm her mortgage debt.
4. Because the reaffirmation, which has been signed by both the Debtor and Chase Mortgage, was mailed to the Court on Wednesday, December 16, 2009, but has not yet been received by the Court, Debtor needs additional time for the reaffirmation to be received by the Court and filed.
5. A 30-day extension of time would make Debtor's reaffirmation agreement due by Wednesday, January 20, 2010.

WHEREFORE, Debtor Michelle Angell asks the Court to defer Debtor's discharge and extend the deadline for filing the reaffirmation agreement by 30 days to Wednesday, January 20, 1010.

/s/ Robert Keyes

Robert Keyes (P68856)

Robert Keyes Law, PLLC

300 North Huron Street

Ypsilanti, MI 48197

(734) 662-1590