B27 (Official Form 27) (12/09)

# United States Bankruptcy Court
## EASTERN DISTRICT OF MICHIGAN

In re  **Michelle Denise Angell**  
      Debtor

Case No. **09-67747**  
Chapter **7**

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: **Chase Manhattan Mortga**

2. Amount of the debt subject to this reaffirmation agreement:  
   $194,738.87 on the date of bankruptcy   $193,645.97 to be paid under reaffirmation agreement

3. Annual percentage rate of interest:   5.75% prior to bankruptcy  
   **5.75**% under reaffirmation agreement (X Fixed Rate ___ Adjustable Rate)

4. Repayment terms (if fixed rate): $1,591.95 per month for 312 months

5. Collateral, if any, securing the debt: Current market value: $150,000  
   Description: Real property 6352 Tuttle Hill Rd, Ypsilanti, MI 48197

6. Does the creditor assert that the debt is nondischargeable? ___Yes X No  
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

Debtor's Schedule I and J Entries | | Debtor's Income and Expenses as Stated on Reaffirmation Agreement

7A. Total monthly income from Schedule I, line 16   $ **3,048.15**    7B. Monthly income from all sources after payroll deductions   $3,048.15

8A. Total monthly expenses from Schedule J, line 18   $ **2,998.50**    8B. Monthly expenses   $2,998.50

9A. Total monthly payments on reaffirmed debts not listed on Schedule J   $ 0    9B. Total monthly payments on reaffirmed debts not included in monthly expenses   $ 0

10B. Net monthly income $ 49.65  
(Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.)

11. Explain with specificity any difference between the income amounts (7A and 7B):  
_____

12. Explain with specificity any difference between the expense amounts (8A and 8B):  
_____

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

09-67747-swr   Doc 25   Filed 12/22/09   Entered 12/22/09 13:47:17   Page 1 of 2

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

| **/s/ Michelle Denise Angell** | |
|---|---|
| **Michelle Denise Angell** | |
| Signature of Debtor (only required if line 11 or 12 is completed) | Signature of Joint Debtor (if applicable, and only required if line 11 or 12 is completed) |

Other Information

☐    Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt: _____

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
     X Yes      ___ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
     X Yes      ___ No

## FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

| **/s/ Robert Keyes** |
|---|
| Signature |
| **Robert Keyes P68856 Attorney for Debtor** |
| Print/Type Name & Signer's Relation to Case |