211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 09−67747−swr
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Michelle Denise Angell
    6352 Tuttle Hill
    Ypsilanti, MI 48197

Social Security No.:
    xxx−xx−1395

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENT REAFFIRMATION AGREEMENT

To the Debtor(s) and Creditor:

It has been determined that the following document(s) filed on **December 21, 2009** with creditor **Chase Home Finance LLC** is Non−Compliant:

Reaffirmation Agreement Cover Sheet

is defective as indicated:

- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☑ Official Form B27, Reaffirmation Agreement Cover Sheet is Missing
- ☐ Original Signature Missing
- ☐ Reaffirmation Agreement is Missing
- ☐ Reaffirmation Certification by Attorney for Debtor Missing or Non−Compliant
- ☐ Attorney/Creditor's Separate Motion for Approval Missing or Non−Compliant LBR 4008−1(b)
- ☐ Pro Se Motion for Approval (Part E) Missing LBR 4008−1(c)

A corrected/missing document is required within seven (7) days of this notice. If not corrected, the pleading may be stricken or set for hearing. When correcting the deficiency, both the Reaffirmation Agreement and the Cover Sheet must be filed together as one document and identified as **"CORRECTED."**

Dated: 12/21/09

                                                BY THE COURT

                                                Katherine B. Gullo , Clerk of Court
                                                U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0645-2          User: cmars            Page 1 of 1           Date Rcvd: Dec 21, 2009
Case: 09-67747                Form ID: defreaf       Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 23, 2009.
18287783     Chase Home Finance LLC (OH4-7364),   3415 Vision Drive,   Columbus, OH 43219-6009

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2009**                          **Signature:**     *Joseph Speetjens*