# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**IN RE:**

Michelle Angell　　　　　　　　　　　　　　　　No. 09-67747

　　　　　　　　　　　　　　　　　　　　　　　Honorable Judge Stephen W. Rhodes

Debtor　　　　　　　　　　　　　　　　　　　　Chapter 7

_____/

### WITHDRAWAL OF MOTION TO EXTEND TIME TO FILE REAFFIRMATION AGREEMENT AND TO DEFER DISCHARGE

　　　　On 12/18/2009, Debtor Michelle Angell filed a Motion To Extend Time to File Reaffirmation Agreement and to Defer Discharge.

　　　　Debtor is withdrawing that Motion.

　　　　Robert Keyes, Attorney at Law
　　　　300 North Huron Street
　　　　Ypsilanti, MI  48197　　　　　　　　　Phone: (734) 662-1590

Dated: January 11, 2010　　　　　　　　/s/Robert Keyes_____
　　　　　　　　　　　　　　　　　　　Robert Keyes (P-68856)
　　　　　　　　　　　　　　　　　　　Attorney for Debtor Michelle Angell
　　　　　　　　　　　　　　　　　　　300 North Huron Street, Ypsilanti, MI  48197
　　　　　　　　　　　　　　　　　　　Phone: (734) 662-1590
　　　　　　　　　　　　　　　　　　　E-mail: robert@robertkeyeslaw.com