UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

MICHELLE DENISE ANGELL

                Debtor(s)
_____/

Case No. 09-67747-SR
Chapter 7
Judge: STEVEN W. RHODES

## TRUSTEE'S OBJECTIONS TO CLAIMS

The Trustee objects to the following claim(s) for the following reason(s):

The secured Claim # 1 in the amount of $17,810.91 filed by Ford Motor Credit Company LLC should be disallowed because the trustee did not administer the property.

The secured Claim # 2 in the amount of $17,810.91 filed by Ford Motor Credit Company LLC should be disallowed because it is a duplicate of Claim # 1.

Dated: January 25, 2010

/s/ Douglas Ellmann
Douglas S. Ellmann (P34617)
Ellmann & Ellmann, P.C.
308 W. Huron
Ann Arbor, MI 48103
734.668.4800
dse@ellmannlaw.com
P34617

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

MICHELLE DENISE ANGELL

                  Debtor(s)
_____/

Case No. 09-67747-SR
Chapter 7
Judge: STEVEN W. RHODES

## ORDER APPROVING TRUSTEE' OBJECTIONS TO CLAIMS

      This matter having come on to be heard upon the attached Certification of Douglas S. Ellmann, and it being found that proper notice was given by the Trustee, and no objection having been filed to his objections to claim in a timely manner pursuant to the Local Court Rules,

      IT IS HEREBY ORDERED AND ADJUDGED that the Trustee's objections are approved, and that the following objections are sustained for the following reasons:

The secured Claim # 1 in the amount of $17,810.91 filed by Ford Motor Credit Company LLC is disallowed because the trustee did not administer the property.

The secured Claim # 2 in the amount of $17,810.91 filed by Ford Motor Credit Company LLC is disallowed because it is a duplicate of Claim # 1.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

                                    Case No. 09-67747-SR

MICHELLE DENISE ANGELL         Chapter 7
                                    Judge: STEVEN W. RHODES

               Debtor(s)
_____/

## **NOTICE OF OBJECTION TO CLAIM**

Douglas S. Ellmann, Trustee, has filed an objection to your claim in this bankruptcy case.

    Your claim may be reduced, modified, or denied. You should read these papers carefully and discuss them with your attorney, if you have one.

    If you do not want the Court to deny or change your claim, then on or before <u>March 1, 2010</u>, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position at:
   United States Bankruptcy Court
   211 West Fort Street, Suite 2100
   Detroit, MI 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.
    You must also mail a copy to:
   Douglas S. Ellmann, 308 W. Huron, Ann Arbor, MI 48103
   U.S. Trustee, 211 W. Fort Street, Suite 700, Detroit, MI 48226

2. Attend the hearing on the objection, scheduled to be held on <u>March 8, 2010</u> <u>at 11:00 a.m.</u> in the above Judge's courtroom, United States Bankruptcy Court, 211 West Fort Street, Detroit, Michigan, unless your attendance is excused by the mutual agreement between yourself and the objector's attorney.

    If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claims, in which even the hearing will be cancelled and the objection sustained.

Dated: 01/25/2010                                       /s/ Douglas Ellmann
                                                             Douglas S. Ellmann (P34617)
                                                             Ellmann & Ellmann, P.C.
                                                             308 W. Huron
                                                             Ann Arbor, MI 48103
                                                             734.668.4800
                                                              dse@ellmannlaw.com
                                                              P34617

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

MICHELLE DENISE ANGELL

               Debtor(s)
_____/

Case No. 09-67747-SR
Chapter 7
Judge: STEVEN W. RHODES

## CERTIFICATE OF SERVICE

    Olivia Chavez, Legal Assistant, hereby certifies that on this date she served a copy of the Trustee's Objections to Claims upon the following interested parties via first class mail or via electronic case filing:

Ford Motor Credit Company LLC, via ECF
PO Box 6275
Dearborn, MI 48121

Office of the U.S. Trustee, via ECF
211 W. Fort Street
Suite 700
Detroit, MI 48226

Dated: 01/25/2010

/s/ Olivia Chavez
Olivia Chavez, Legal Assistant
Ellmann& Ellmann, P.C.
308 W. Huron
Ann Arbor, MI 48103
734.668.4800