UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

MICHELLE DENISE ANGELL

                     Debtor(s)
_____/

Case No. 09-67747-SR
Chapter 7
Judge: STEVEN W. RHODES

## STIPULATION APPROVING TRUSTEE'S OBJECTION TO CLAIM

The attorney for creditor(s) and the Trustee hereby stipulate to the attached order.

Dated: 01-25-2010

| /s/ Douglas S. Ellmann | /s/ Michael P. Hogan, Esq. |
|---|---|
| Douglas S. Ellmann (P34617) | Michael P. Hogan, Esq. |
| Ellmann & Ellmann, P.C. | Kilpatrick & Associates, P.C. |
| 308 W. Huron | 903 N. Opdyke Rd., Ste. C |
| Ann Arbor, MI 48103 | Auburn Hills, MI 48326 |
| (734) 668-48000 | Phone: (248) 377-0700 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

MICHELLE DENISE ANGELL

                 Debtor(s)

_____/

Case No. 09-67747-SR
Chapter 7
Judge: STEVEN W. RHODES

## ORDER APPROVING STIPULATION APPROVING TRUSTEE'S OBJECTION TO CLAIMS

The Court having reviewed the Stipulation between the Creditor's Attorney and the Panel Trustee,

IT IS HEREBY ORDERED AND ADJUDGED that the Trustee's objections are approved, and that the following objections are sustained for the following reasons:

The secured Claim # 1 in the amount of $17,810.91 filed by Ford Motor Credit Company LLC is disallowed for distribution purposes only because the trustee did not administer the property.

The secured Claim # 2 in the amount of $17,810.91 filed by Ford Motor Credit Company LLC is disallowed for distribution purposes only because it is a duplicate of Claim # 1.