UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

ANGELL, MICHELLE

        Debtor(s)

Case No. 09-67747-SR
Chapter 7
Judge: STEVEN RHODES

### TRUSTEE'S WITHDRAWEL OF OBJECTIONS TO CLAIMS

The Trustee withdraws his objections to claims since they have been resolved.

Dated: 03-01-2010

s/ Douglas S. Ellmann
Douglas S. Ellmann (P34617)
Ellmann & Ellmann, P.C.
Attorneys for Trustee
308 W. Huron
Ann Arbor, MI 48103
(734) 668-4800