## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 09-67747-SR | Trustee Name: | Douglas S. Ellmann |
| --- | --- | --- | --- |
| Case Name: | ANGELL, MICHELLE DENISE | Date Filed (f) or Converted (c): | 09/04/2009 (f) |
| For the Period Ending: | 03/31/2010 | §341(a) Meeting Date: | 10/21/2009 |
| | | Claims Bar Date: | 01/25/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Location: 6352 Tuttle Hill, Ypsilanti MI-value from SEV | $150,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Cash on hand | $25.00 | $0.00 | DA | $0.00 | FA |
| 3 | TCF 2883107118 | $1,200.00 | $0.00 | DA | $0.00 | FA |
| 4 | Bedroom set, dresser, night stands | $250.00 | $0.00 | DA | $0.00 | FA |
| 5 | Living room furniture - couch, love seat, recliner | $300.00 | $0.00 | DA | $0.00 | FA |
| 6 | Dining room table and chairs | $100.00 | $0.00 | DA | $0.00 | FA |
| 7 | Treadmill | $50.00 | $0.00 | DA | $0.00 | FA |
| 8 | 3 TV's | $150.00 | $0.00 | DA | $0.00 | FA |
| 9 | Refrigerator | $100.00 | $0.00 | DA | $0.00 | FA |
| 10 | Lawn mower, misc. tools | $75.00 | $0.00 | DA | $0.00 | FA |
| 11 | Miscellaneous clothes | $250.00 | $0.00 | DA | $0.00 | FA |
| 12 | Golf clubs | $50.00 | $0.00 | DA | $0.00 | FA |
| 13 | 401k | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 14 | 2007 Ford Escape, 36,000 miles, good condition, value based on kbb.com | $16,755.00 | $0.00 | DA | $0.00 | FA |
| 15 | Computer | $300.00 | $0.00 | DA | $0.00 | FA |
| 16 | Three dogs and one cat | Unknown | $0.00 | DA | $0.00 | FA |

**TOTALS (Excluding unknown value)**     $172,605.00     $0.00     $0.00     **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**
Collect On Any Non-Exempt Assets.

| Initial Projected Date Of Final Report (TFR): | 09/04/2012 | Current Projected Date Of Final Report (TFR): | 09/04/2012 | /s/ DOUGLAS S. ELLMANN |
| --- | --- | --- | --- | --- |
| | | | | DOUGLAS S. ELLMANN |